# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| **COREY D. CLARK and JAERED ANDREWS,** | ) ) ) | |
| Plaintiffs/Appellants, | ) ) | Civil No. 14-5709 |
| v. | ) ) | |
| **VIACOM INTERNATIONAL INC., VIACOM MEDIA NETWORKS, VIACOM INC., and JIM CANTIELLO,** | ) ) ) ) ) | |
| Defendants/Appellees. | ) | |

## **UNOPPOSED MOTION TO RE-SET ORAL ARGUMENT**

Defendants/Appellees Viacom International Inc., Viacom Inc., Viacom Media Networks, and Jim Cantiello (collectively "Defendants") respectfully move the Court to re-set oral argument in this case, which is currently set for 9:00 a.m., Thursday, March 5, 2015. Defendants' counsel has a previously scheduled trial that will preclude their being able to argue on that date. Defendants' counsel has contacted counsel for Plaintiffs/Appellants and confirmed that he does not oppose re-setting the oral argument date.

Respectfully submitted,

/s Jay S. Bowen
Jay S. Bowen, BPR No. 2649
Will Parsons, BPR No. 26519
Shackelford, Bowen, Zumwalt & Hayes, LLP
47 Music Sq. E.
Nashville, TN 37203
Tel: (615) 329-4440
Fax: (615) 329-4485
jbowen@shackelfordlaw.net
wparsons@shackelfordlaw.net

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically and as such, was served on all counsel of record, via electronic service.

    James H. Freeman
    1515 Broadway, 11th Floor
    New York, NY 10036
    Facsimile: (212) 496-5870
    Telephone: (212) 931-8535
    james@jhfreemanlaw.com

on this the 28th day of January, 2015.

                                                           /s Jay S. Bowen