UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: _____14-5709_____

Case Name: Corey D. Clark, Jared N. Andrews  vs. Viacom International, Inc., et al.

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

Viacom International, Inc.; Viacom Media Networks; Viacom, Inc.; Jim Cantiello

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☑ Appellee    ☐ Respondent   ☐ Intervenor      (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**
_____

Name: Will Parsons                    Admitted: November 2014
                                      (Sixth Circuit admission date only)

Signature: _Wm V Parsons III_

Firm Name: Shackelford Bowen Zumwalt & Hayes, LLP

Business Address: 47 Music Square East

Suite: _____ City/State/Zip: Nashville, TN 37203

Telephone Number (Area Code): 615-329-4440

Email Address: wparsons@shackelfordlaw.net

---

CERTIFICATE OF SERVICE

I certify that on **February 25, 2015** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Will Parsons